JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN JOHNSON,<br>　　　　Petitioner,<br>　　v.<br>ROBERT FOX, *Warden*,<br>　　　　Respondent. | Case No. LA CV 16-9245 GW (JCG)<br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: April 14, 2017　　　　　　_____

　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE